RECEIVED
OCT 27 2016
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. **4:12CR323-1RWS** |
| ) | |
| **Rose Ray-Vasser**, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, **Rose Ray-Vasser**, request that my term of probation or supervised release be terminated early for the following reasons: **I do not consider myself a threat to the public and my rehabilitation has been very productive.**

**Both of which can be verified by my Probation Officer and my Counselor at McGuire Counseling.**

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

**October 26, 2016**
Date

(Signature of Defendant)
**8824 N. Broadway**
(Address)
**St. Louis, MO 63147**

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States Probation Officer **Anthony Gremaud** [name] and to the United States Attorney's Office on **October 26**, 20**16**.

(Signature of Defendant)

Ms. Ray-Yasser
8824 N. Broadway
St. Louis, MO 63147



CERTIFIED MAIL

1099     63102

63138
OCT 26 16
AMOUNT
$6.47
R2305K136510-10

7006 0810 0006 6055 7649

RETURN RECEIPT REQUESTED

RECEIVED
OCT 27 2016
BY MAIL

United State District Courts
Mr. Anthony Gremaud
111 S. 10th Street
St. Louis, MO 63102